FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANICE E. GALBRAITH, Individually, and as Personal Representative of the Estate of Jack L. Galbraith,<br><br>Plaintiff,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM/WEST; JAMES HARRI, M.D.; PROVIDENCE HEALTH & SERVICES; SCOTT G. NEWBOLD, M.D.; WALLA WALLA CLINIC, INC., P.S.; WALLA WALLA GENERAL HOSPITAL; STEPHEN L. WELCH, D.O.; RAJESH RAINA, M.D.; and JOHN DOES 1–10,<br><br>Defendants. | No. 4:19-cv-05034-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 17, 2019, Plaintiff Janice E. Galbraith filed a notice of voluntary dismissal, ECF No. 4. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Notice of Dismissal, **ECF No. 4**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

ORDER DISMISSING CASE **-** 1

3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of June 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE - 2